772 A.2d 412

**In the Matter of Robert Philip TUERK.**

**Petition for Reinstatement.**

**No. 177 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 17, 2001.

■

*ORDER*

PER CURIAM.

AND NOW, this 17th day of April, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated March 21, 2001, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.